# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ALEXIS DE VRIES,** individually and on
behalf of minor children, **LUDV** and **LIDV,**
Appellants,

v.

**SUNRISE DETOXIFICATION CENTER, LLC** d/b/a
**SUNRISE DETOX FORT LAUDERDALE,**
Appellee.

No. 4D2025-3643

[August 13, 2026]

Appeal of a nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Reid Parker Scott, II, Judge; L.T. Case No. 502023CA016964XXXAMB.

Alexis De Vries, Tallahassee, pro se.

Lissette Gonzalez Cole of Scott & Kissane, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J, CONNER and SHEPHERD, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely-filed motion for rehearing.***